**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-200** |
| **v.** | : | |
| **JAMES QUAY** | : | |

## ORDER

AND NOW, this 15th day of April, 2020, after consideration of the government's Motion to Dismiss Indictment, it is ORDERED that the government's motion is GRANTED and the indictment in the above-captioned matter is DISMISSED without prejudice.

BY THE COURT:


___*S/ Joel H. Slomsky*___
HON. JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE